# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF PENNSYLVANIA

**UNITED STATES OF AMERICA**

v.

**WARRANT FOR ARREST**

**DARNELL HOWELL**

Case Number: **2:16-CR-00004-DSC**

FID: 2978278

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest   **DARNELL HOWELL,**

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

- ☐ Indictment
- ☐ Superseding Indictment
- ☐ Information
- ☐ Superseding Information
- ☐ Complaint
- ☐ Order of Court
- ☐ Violation Notice
- ☐ Probation Violation Petition
- ☑ Supervised Release Violation Petition

charging him or her with (brief description of offense)

**Alleged violation of Supervised Release**

in violation of United States Title:Section(s)

**N/A**

| Karen Sawdy | Deputy Clerk |
|---|---|
| Name of Issuing Officer | Title of Issuing Officer |
| *Karen Sawdy* | 09/19/2024         Johnstown |
| Signature of Issuing Officer | Date and Location |

Bond   **is at the discretion of the Mag. Judge.**

**RECEIVED**
By TFaherty at 4:39 pm, Sep 19, 2024

## RETURN

This warrant was received and executed with the arrest of the above-named defendant _____

Date Received _____

Name and Title of Arresting Officer _____

Date of Arrest _____

Signature of Arresting Officer _____